AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CYNTHIA KLINE, an Individual; JACOB KLINE, an Individual; WALTER KLINE, an Individual<br><br>*Plaintiff(s)*<br><br>v.<br><br>BRIAN QUINN, an Individual; MICHAEL SWAN, an Individual; ONOREVOLE CONSULTING GROUP, INC., a Delaware Limited Liability Company; (See attachment #1)<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-00233-ADS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRIAN QUINN
608 HELIOTROPE AVE.
CORONA DEL MAR, CA 92625-2219
(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SAGAR RAICH
RAICH LAW PLLC
2280 E PAMA LN.
LAS VEGAS, NV 89119
sraich@raichattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/06/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-00233 -ADS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

SAGAR RAICH, ESQ. (SBN: 330427)
BRIAN SCHNIEDER, ESQ. (SBN: 260880)
**RAICH LAW PLLC**
6785 S. Eastern Ave., Suite 5
Las Vegas, NV 89119
Telephone: (702) 758-4240
Facsimile: (702) 998-6930
Email: sraich@raichattorneys.com
bschneider@raichattorneys.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KLINE, an Individual; JACOB KLINE, an Individual; and WALTER KLINE, an individual, <br><br> Plaintiffs, <br> vs. <br><br> BRIAN QUINN, an Individual; MICHAEL SWAN, an Individual; ONOREVOLE CONSULTING GROUP, INC., a California Stock Corporation; PRIVCAP GROUP, LLC, a Delaware Limited Liability Company; LUXURY ASSET LENDING, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No.: _____ <br><br> **COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** <br><br> **(1)    Fraud** <br><br> **(2)    Financial Elder Abuse** <br><br> **(3)    Violation of California Business and Professional Code § 17200,** *et seq*. |

PLEASE TAKE NOTE that Plaintiffs, Cynthia Kline, Jacob Kline, and Walter Kline by and through their attorneys of record, SAGAR RAICH, ESQ. of RAICH LAW PLLC, allege as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KLINE v. QUINN

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

BRIAN QUINN
608 HELIOTROPE AVE.
CORONA DEL MAR, CA 92625-2219

MICHAEL SWAN
13791 PATA RANCH RD.
LAKESIDE, CA 92040-1583

ONOREVOLE CONSULTING GROUP, INC.
23 CORPORATE PLAZA DR., STE. 150
NEWPORT BEACH, CA 92660-7908

PRIVCAP GROUP, LLC
501 W BROADWAY STE. A-268
SAN DIEGO, CA 92101-3536

LUXURY ASSET LENDING, LLC
23 CORPORATE PLAZA DR. STE. 150
NEWPORT BEACH, CA 92660-7908