| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Richard A. Bunt [SBN 163917]<br>LAW OFFICE OF RICHARD A. BUNT<br>PO Box 537<br>Temple City, CA 91780<br><br>Tel. (760) 856-0887<br>ATTORNEY(S) FOR: Defendants BRIAN QUINN; ONOREVOLE CONSULTING GROUP, INC.; and LUXURY ASSET LENDING, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA KLINE; JACOB KLINE; WALTER KLINE,<br><br>v.<br><br>BRIAN QUINN, et al.<br><br>Plaintiff(s),<br><br>Defendant(s) | CASE NUMBER:<br><br>8:24-cv-00233-ADS<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Defendants BRIAN QUINN; ONOREVOLE CONSULTING GROUP, INC.; and LUXURY ASSET LENDING, LLC,</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRIAN QUINN | Defendant |
| ONOREVOLE CONSULTING GROUP, INC. | Defendant |
| ONOREVOLE CONSULTING GROUP, INC. has no parent corporation, and there is no publicly held corporation owning 10% or more of its stock. | |
| LUXURY ASSET LENDING, LLC | Defendant |
| LUXURY ASSET LENDING, LLC has no parent corporation, and there is no publicly held corporation owning 10% or more of its stock. | |

| | |
|---|---|
| March 8, 2024<br>Date | /s/ Richard A. Bunt<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants BRIAN QUINN; ONOREVOLE CONSULTING GROUP, INC.; and LUXURY ASSET LENDING, LLC

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I served a true and correct copy of the foregoing Certification and Notice of Interested Parties via electronic filing with the Court's ECF system for notice to all counsel of record.

/s/ Richard A. Bunt

Richard A. Bunt