SAGAR RAICH, ESQ. (SBN: 330427)
BRIAN SCHNIEDER, ESQ. (SBN: 260880)
**RAICH LAW PLLC**
2280 E. Pama Ln.
Las Vegas, NV 89119
Telephone: (702) 758-4240
Facsimile: (702) 998-6930
Email: sraich@raichattorneys.com
bschneider@raichattorneys.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA KLINE, an Individual; JACOB KLINE, an Individual; and WALTER KLINE, an individual,

          Plaintiffs,

vs.

BRIAN QUINN, an Individual; MICHAEL SWAN, an Individual; ONOREVOLE CONSULTING GROUP, INC., a California Stock Corporation; PRIVCAP GROUP, LLC, a Delaware Limited Liability Company; LUXURY ASSET LENDING, LLC, a Delaware Limited Liability Company,

          Defendants.

Case No.: 8:24-cv-00233

**NOTICE OF ENTRY OF DEFAULT OF MICHAEL SWAN**

PLEASE TAKE NOTICE THAT on April 11, 2024, a Default was entered against Michael Swan in this matter and is attached hereto as Exhibit 1.

Dated this 4th day of June 2024

/s/ Brian Schneider
Brian Schneider, Esq.
RAICH LAW PLLC
2280 E. Pama Ln.
Las Vegas, NV 89119
*Attorneys for Plaintiffs*

# PROOF OF SERVICE

## STATE OF CALIFORNIA, CENTRAL DISTRICT

I am employed in the County of Clark, State of Nevada. I am over the age of 18 and am not a party to the within action. My business address is 2280 E. Pama Ln. Las Vegas, NV 89119.

On June 4th, 2024, I caused the foregoing document(s) described as:

**NOTICE OF ENTRY OF DEFAULT AGAINST MICHAEL SWAN, AN INDIVIDUAL**

to be served on the interested parties in this action as follows:

☒ BY ELECTRONIC SERVICE: I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada in the ordinary course of business.

MAILED TO:
Michael Swan
13791 Pata Ranch Rd.
Lakeside, CA 92040

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

//

//

1  Executed on June 4th, 2024 at Las Vegas, Nevada.

2

3  Emilio Rangel                                          /s/ Emilio Rangel
   _____                                 _____
4  (Type for Print Name)                                       (E-Signature)

# Exhibit 1

# Exhibit 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER KLINE, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>BRIAN QUINN, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24−cv−00233−HDV−DFM<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

  It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

  Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

 Michael Swan

                       Clerk, U.S. District Court

 April 11, 2024             By  /s/ *Lori Muraoka*  
Date                  Deputy Clerk