|   |   |
|---|---|
| 1 | SAGAR RAICH, ESQ. (SBN: 330427) |
|   | BRIAN W. SCHNIEDER, ESQ. (SBN: 260880) |
| 2 | **RAICH LAW PLLC** |
|   | 2280 E. Pama Ln. |
| 3 | Las Vegas, NV 89119 |
|   | Telephone: (702) 758-4240 |
| 4 | Facsimile: (702) 998-6930 |
|   | Email: sraich@raichattorneys.com |
| 5 | bschneider@raichattorneys.com |
|   | ATTORNEYS FOR PLAINTIFFS |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KLINE, an Individual; JACOB KLINE, an Individual; and WALTER KLINE, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> \BRIAN QUINN, an Individual; MICHAEL SWAN, an Individual; ONOREVOLE CONSULTING GROUP, INC., a California Stock Corporation; PRIVCAP GROUP, LLC, a Delaware Limited Liability Company; LUXURY ASSET LENDING, LLC, a Delaware Limited Liability Company; and DOES 1 to 1000 and ROE entities I to L, <br><br> Defendants. | Case No.: 8:24-cv-00233 HDV(DFMx) <br><br> **STIPULATION TO VACATE TRIAL DATE AND ALL ASSOCIATED PRETRIAL DEADLINES IN LIGHT OF SETTLEMENT** |

Plaintiffs and Defendants, BRIAN QUINN, ONOREVOLE CONSULTING GROUP, INC., and LUXURY ASSET LENDING, LLC (together, the Settling Parties), by and through their undersigned counsel, state as follows:

1. The Settling Parties have reached a settlement in principle resolving this action. They are preparing and finalizing written settlement documentation.

2. The Settling Parties have reported the settlement to the Court's judicial assistant.

3. To conserve judicial and party resources, the Settling Parties jointly request that the Court vacate the current trial date and all related pretrial deadlines and hearings, including the pretrial conference, motions *in limine*, and trial submissions.

4. The Settling Parties will file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) no later than 45 days from this order or within 14 days after execution of all settlement documents, whichever is earlier.

5. The remaining Defendants have been defaulted and Plaintiffs anticipate moving for default judgment after the resolution of the Settling Parties.

IT IS SO STIPULATED.

Dated: September 29, 2025

| RAICH LAW PLLC | THE LAW OFFICE OF RICHARD A. BUNT |
|---|---|
| /s/ Brian W. Schneider | /s/ Richard A. Bunt |
| BRIAN W. SCHNEIDER<br>Attorney for Plaintiffs | RICHARD A. BUNT<br>Attorney for Defendants Brian Quinn. Onorevole Consulting Group, Inc., and Luxury Asset Lending, LLC |