SAGAR RAICH, ESQ. (SBN: 330427)
BRIAN W. SCHNIEDER, ESQ. (SBN: 260880)
**RAICH LAW PLLC**
2280 E. Pama Ln.
Las Vegas, NV 89119
Telephone: (702) 758-4240
Facsimile: (702) 998-6930
Email: sraich@raichattorneys.com
bschneider@raichattorneys.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KLINE, an Individual; JACOB KLINE, an Individual; and WALTER KLINE, an Individual,<br><br>Plaintiffs,<br>v.<br><br>BRIAN QUINN, an Individual; MICHAEL SWAN, an Individual; ONOREVOLE CONSULTING GROUP, INC., a California Stock Corporation; PRIVCAP GROUP, LLC, a Delaware Limited Liability Company; LUXURY ASSET LENDING, LLC, a Delaware Limited Liability Company; and DOES 1 to 1000 and ROE entities I to L,<br><br>Defendants. | Case No.: 8:24-cv-00233 HDV(DFMx)<br><br>**ORDER ON STIPULATION TO VACATE TRIAL DATE AND ALL ASSOCIATED PRETRIAL DEADLINES IN LIGHT OF SETTLEMENT** |

Having considered the Settling Parties' stipulation regarding the settlement of the case and request to vacate the trial date and all associated hearings, and good cause appearing:

1. The trial date and all related pretrial deadlines and hearings are VACATED and taken off calendar.

2. The Parties shall file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) no later than 45 days from today or within 14 days after execution of all settlement documents, whichever occurs first.

3. The Court will continue to retain jurisdiction, due to the existence of defaulted Parties, to manage scheduling and entry of dismissal. If the Parties desire the Court to retain jurisdiction to enforce the settlement agreement itself, the dismissal papers must so provide, consistent with *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

**IT IS SO ORDERED.**

Dated:  9/29/25

_____
United States District Judge

2